**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNILOC USA, INC. and<br>UNILOC LUXEMBOURG, S.A.,<br><br>Plaintiffs,<br><br>v.<br><br>MOTOROLA MOBILITY, LLC,<br><br>Defendant. | § § § § § § § § § § § § § | Civil Action No. 1:17-cv-01657-GMS |

## RULE 41(A)(1)(A)(I) NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Plaintiffs hereby give notice that the above-captioned action is hereby voluntarily dismissed Without Prejudice against the Defendant, Motorola Mobility, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Defendant, Motorola Mobility, LLC, has not filed either an answer or a motion for summary judgment in this matter.

Date: June 15, 2018                             Respectfully submitted,

/s/ Sean T. O'Kelly

Sean T. O'Kelly (No. 4349)
Daniel P. Murray (No. 5785)
O'KELLY ERNST & JOYCE, LLC
901 N. Market Street, Suite 1000
Wilmington, DE 19801
Tel: (302) 778-4000
Fax: (302) 295-2873
Email: sokelly@oelegal.com
Email: dmurray@oelegal.com

1

2976745.v1

2

Of Counsel:

Paul J. Hayes
Massachusetts State Bar No. 227,000
James J. Foster
Massachusetts State Bar No. 553,285
Kevin Gannon
Massachusetts State Bar No. 640,931
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000
Fax: (617) 456-8100
Email: phayes@princelobel.com
Email: jfoster@princelobel.com
Email: kgannon@princelobel.com

ATTORNEYS FOR THE PLAINTIFFS

2